# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PROSPERO AND YOLANDA PALMERIN, | ) | 1:12cv0139 LJO DLB |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS |
| v. | ) | (Documents 2 and 3) |
| BANK OF NEW YORK TRUST CO., RECONTRUST CO., N.A.; and DOES 1 THROUGH 50, inclusive, | ) | |
| Defendants. | ) | |

    Plaintiffs Prospero and Yolanda Palmerin ("Plaintiff") are proceeding pro se in this action. Plaintiffs filed their complaint on January 30, 2012. Plaintiffs also filed applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiffs' applications demonstrate that they are both entitled to proceed without prepayment of fees and are therefore GRANTED.

    IT IS SO ORDERED.

    Dated: **January 31, 2012**          **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE